**Motion Granted; Original Proceeding Dismissed and Memorandum Opinion filed July 30, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-01092-CV

---

## IN RE EOG RESOURCES, INC. AND RENEGADE WELL SERVICES, LLC, RELATORS

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-34043**

---

## MEMORANDUM OPINION

Relators EOG Resources, Inc. and Renegade Well Services, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. On July 19, 2019, relators filed a joint motion to dismiss this proceeding. Real party in interest joined in the motion to dismiss, which states that relators and real party in interest have reached a settlement of all issues in the underlying case.

We grant the joint motion to dismiss. Accordingly, we dismiss this appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.